No. 02–9117. IN RE DOPP;
No. 02–9146. IN RE MCLEOD; and

No. 02–9664. IN RE BARNETT. Petitions for writs of mandamus denied.